IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAROD T. GRAHAM, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 20-4321 |
| | : | |
| v. | : | |
| | : | |
| D.B. OBERLANDER and THE ATTORNEY GENERAL OF THE STATE OF COMMONWEALTH OF PENNSYLVANIA, | : : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 9th day of September, 2020, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1) and petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Sharod T. Graham ("Graham"); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the petitioner has leave to proceed *in forma pauperis*;

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**;

3. The court **DECLINES** to issue a certificate of appealability; and

4. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.